```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751                          OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-05-0025 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING APPEARANCE ON |
| v.  ) | PETITION ALLEGING SUPERVISED |
| ) | RELEASE VIOLATIONS |
| SUSAN DIANE AVILA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Susan Diane AVILA, by her counsel, Lexi Negin, Esq., hereby stipulate and agree that the currently-scheduled appearance on a Petition alleging Supervised Release violations set for August 31, 2006, at 10:00 a.m. should be continued to September 21, 2006, at 10:00 a.m.

Dated: August 25, 2006            /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


Dated: August 25, 2006            /s/Jason Hitt
                                  Telephonically authorized to
                                  sign for Ms. Negin on 8-25-06
                                  LEXI NEGIN, Esq.
                                  Counsel for AVILA

_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on the pending Petition alleging Supervised Release violations set for August 31, 2006, at 10:00 a.m., is CONTINUED to September 21, 2006, at 10:00 a.m.

IT IS SO ORDERED.

Date: 8/28/2006

_____
DAVID F. LEVI
United States District Judge